161 F.3d 1231
 82 A.F.T.R.2d 98-7364, 99-1 USTC P 50,109,
98 Cal. Daily Op. Serv. 8958,
98 Daily Journal D.A.R. 12,549
 The CHARLES SCHWAB CORPORATION and Includable Subsidiaries,
Petitioner-Appellant,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.
 No. 97-70917.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Nov. 5, 1998.
Decided Dec. 9, 1998.
 
 Glen A. Smith, Heller, Ehrman, White & McAuliffe, San Francisco, California, for the petitioner-appellant.
 Paula K. Speck, United States Department of Justice, Washington, DC, for the respondent-appellee.
 Appeal from a Decision of the United States Tax Court Robert P. Ruwe, Tax Court Judge, Presiding. Tax Ct. No. 1271-92.
 Before: ALARCON, O'SCANNLAIN and FERNANDEZ, Circuit Judges.
 
 ORDER
 
 1
 We adopt the reasoning of the Tax Court in Charles Schwab Corp. v. Commissioner of Internal Revenue, 107 T.C. 282, 1996 WL 659390 (1996), and AFFIRM its opinion.